JAMES W. BRADSHAW (NSBN 1638)
KRISTEN T. GALLAGHER (NSBN 9561)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jbradshaw@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

W. BLAKE COBLENTZ
AARON S. LUKAS
COZEN O'CONNOR
1627 I Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: 202.912.4800
Facsimile: 202.912.4830
wcoblentz@cozen.com
alukas@cozen.com
(admitted *pro hac vice*)

*Attorneys for Defendant*
*Amneal Pharmaceuticals LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMNEAL PHARMACEUTICALS LLC,<br><br>Defendant. | Case No.: 2:15-cv-00139-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT AMNEAL PHARMACEUTICALS LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(THIRD REQUEST)** |

WHEREAS, Spectrum Pharmaceuticals, Inc. ("Spectrum") and University of Strathclyde ("Strathclyde") (collectively "Plaintiffs") commenced this action by filing a Complaint for Patent Infringement ("the Complaint") on January 23, 2015, in the United States District Court for the District of Nevada;

WHEREAS, Plaintiffs served the Complaint on Defendant Amneal Pharmaceuticals LLC ("Amneal") on January 26, 2015, (Doc. No. 11);

WHEREAS, the parties filed a Stipulation and [Proposed] Order Extending Defendant Amneal Pharmaceuticals LLC's Time to Answer or Otherwise Plead to the Complaint on February 17, 2015 (Doc. No. 19), which was granted by the Court on April 14, 2015 (Doc. No. 19) and extended Amneal's time to answer or otherwise respond to the Complaint to April 17, 2015;

WHEREAS, the parties filed a second Stipulation and [Proposed] Order Extending Defendant Amneal Pharmaceuticals LLC's Time to Answer or Otherwise Plead to the Complaint on April 16, 2015 (Doc. No. 20), which extended Amneal's time to answer or otherwise respond to the Complaint to May 1, 2015;

WHEREAS, Amneal and Plaintiffs are presently negotiating a stay of this action pending the appeal of *Spectrum Pharm., Inc. v. Sandoz, Inc.,* Civil Action No. 2:12-cv-00111-GMN-NJK, and Plaintiffs would agree to an additional fourteen (14) day extension for Amneal to answer or otherwise respond to the Complaint.

NOW, THEREFORE, Plaintiffs and Amneal, through their undersigned attorneys, hereby AGREE AND STIPULATE as follows:

(a) Amneal's time to answer or otherwise respond to the Complaint shall be extended by fourteen (14) days until and including May 15, 2015.

Dated: May 1, 2015

**IT IS SO AGREED AND STIPULATED**:

| LEWIS ROCA ROTHGERBER | McDONALD CARANO WILSON LLP |
|---|---|
| By: /s/ Meng Zhong | By: /s/ Kristen T. Gallagher |
| Michael J. McCue (Nevada Bar #6055) | James W. Bradshaw (Nevada Bar #1638) |
| Meng Zhong (Nevada Bar #12145) | Kristen T. Gallagher (Nevada Bar #9561) |
| 3993 Howard Hughes Parkway | McDONALD CARANO WILSON LLP |
| Suite 600 | 2300 West Sahara Avenue, Suite 1200 |
| Las Vegas, NV 89169-5996 | Las Vegas, NV 89102 |
| Telephone: (702) 949-8200 | Telephone: (702) 873-4100 |
| Facsimile: (702) 949-8398 | Facsimile: (702) 873-9966 |
| mmccue@lrrlaw.com | jbradshaw@mcdonaldcarano.com |
| mzhong@lrrlaw.com | kgallagher@mcdonaldcarano.com |

<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

| | |
|---|---|
| Mark H. Izraelewicz<br>Thomas I. Ross<br>Kevin M. Flowers<br>Amanda Antons<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606-6357<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448<br>mizraelewicz@marshallip.com<br>tross@marshallip.com<br>kflowers@marshallip.com<br>aantons@marshallip.com<br>(*pro hac vice* to be submitted)<br><br>*Attorneys For Plaintiffs Spectrum Pharmaceuticals, Inc. and University Of Strathclyde* | W. Blake Coblentz<br>Aaron S. Lukas<br>COZEN O'CONNOR<br>1627 I Street, NW, Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 912-4800<br>Facsimile: (202) 912-4830<br>wcoblentz@cozen.com<br>alukas@cozen.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Defendants Amneal Pharmaceuticals LLC* |

**IT IS SO ORDERED**:

/s/ James C. Mahan

UNITED STATES DISTRICT JUDGE

DATED: May 5, 2015

333262