# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMNEAL PHARMACEUTICALS LLC<br><br>Defendant. | Case No.: 2:15-cv-00139-JCM-NJK<br><br>**ORDER** |

WHEREAS, on January 23, 2015, Plaintiffs Spectrum Pharmaceuticals, Inc. and University of Strathclyde (collectively, "Plaintiffs") commenced this action against Amneal Pharmaceuticals, Inc. ("Amneal"), alleging infringement of U.S. Patent No. 6,500,829 ("the '829 patent") under 35 U.S.C. § 271(a), (b), (c), and (e)(2)(A) (ECF No. 1);

WHEREAS Plaintiffs and Amneal have jointly stipulated to final judgment in this action in accordance with the Stipulation for Entry of Final Judgment.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

Judgment is entered in favor of Amneal that claims 1 and 2 of the '829 patent are invalid, and claims 3, 4, and 5-14 of the '829 patent are not infringed by ANDA No. 207547 as if fully tried and adjudicated.

**IT IS SO ORDERED**:

_James C. Mahan_
UNITED STATES DISTRICT JUDGE
DATED: June 9, 2016

360402